UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID JONES, and his own behalf
and others similarly situated,

      Plaintiff,

v.   Case No. 8:05-cv-2281-T-24MSS

BAY ERECTORS AND RIGGING, INC.,
a Florida Corporation,

      Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of the Motion for Extension of Time for Defendant to Respond to Complaint (Doc. No. 4).  In its motion, Defendant represents that the parties have reached a tentative settlement and requests that the Court grant it until January 24, 2006, to serve its response to Plaintiff's complaint such that the parties may finalize the language of the settlement agreement.  On January 4, 2006, Plaintiff's counsel telephonically confirmed that the parties have reached a settlement and are finalizing settlement documents.

Having considered Plaintiff's telephonic notice of settlement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record